EDWARD G. BROWN, *Respondent, v.* CAROLINE NESMITH and others, *Executors, etc., Appellants.*— Judgment reversed, new trial ordered, costs to abide event. Opinion by DANIELS, J.

DANIEL GOLDSCHMIDT, *Respondent, v.* JOHN C. WILMERDING and others, *Appellants.*— Judgment affirmed. Opinion by BRADY, J.

THOMAS A. BROWN and others, *Respondents, v.* JOHN P. SMITH and others, *Appellants.*— Order modified as directed in opinion, and affirmed as modified, without costs to either party. Opinion by BRADY, J.

---

* 86 N. Y., p. 11.